No. —, original. EX PARTE E. R. LINDSEY. January 31, 1938. The motion for leave to file petition for writ of mandamus is denied.

No. —, original. EX PARTE ALBERT B. BLEECKER. January 31, 1938. Motion for leave to file petition for writ of habeas corpus denied.

No. —, original. EX PARTE PETER GIBBONS. January 31, 1938. Motion for leave to file petition for writ of habeas corpus denied.

No. 636. ELECTRIC BOND & SHARE CO. ET AL. *v.* SECURITIES AND EXCHANGE COMMISSION ET AL. January 31, 1938. Jerome N. Frank and John W. Hanes, members of the Securities and Exchange Commission, substituted as parties respondent in the place of James M. Landis and James D. Ross, resigned, on motion of *Assistant Solicitor General Bell* in that behalf.